FILED BY____AP____D.C.
Nov 26, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

FILED
June 09, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SAJ_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

OUR CASE NO: 25-6691-MJ-JMS

| UNITED STATES OF AMERICA | § | Cause No. **DR-21-CR-00900-AM** |
|---|---|---|
| | § | |
| | § | **INDICTMENT** |
| v. | § | |
| | § | [VIO: COUNT ONE: 21 U.S.C. § 841(a)(1) and 846, Conspiracy to Possess With Intent to Distribute Cocaine; COUNT TWO: 21 U.S.C. § 841(a)(1) AND 846, Conspiracy to Possess with Intent to Distribute Heroin; COUNT THREE: 21 U.S.C. § 841(a)(1) and (b)(1)(B), Distribution of Heroin; COUNT FOUR: 21 U.S.C. § 841(a)(1) and (b)(1)(C), Distribution of Cocaine; COUNT FIVE: 21 U.S.C. § 841(a)(1) & (b)(1)(C), Distribution of Cocaine; COUNT SIX: 21 U.S.C. § 841(a)(1) & (b)(1)(C), Distribution of Cocaine; COUNT SEVEN: 21 U.S.C. § 841(a)(1) & (b)(1)(C), Distribution of Cocaine; COUNT EIGHT: 21 U.S.C. § 841(a)(1) & (b)(1)(C), Distribution of Cocaine; COUNT NINE: 21 U.S.C. § 841(a)(1) & (b)(1)(C), Distribution of Cocaine; COUNT TEN: 21 U.S.C. § 841(a)(1) & (b)(1)(C), Possession with Intent to Distribute Cocaine; COUNT ELEVEN 21 U.S.C. § 841(a)(1) and (b)(1)(B), Possession with Intent to Distribute Heroin |
| RICARDO MAURICIO BARRERA A/K/A "MOCHOMO" (20), | § | |

A true copy of the original, I certify.
Clerk, U.S. District Court
By _____
Deputy Clerk

THE GRAND JURY CHARGES:

## COUNT ONE
[21 U.S.C. § 841(a)(1) and 846]

Beginning on or about March 1, 2019, and continuing to on or about June 1, 2021, in the Western District of Texas, Defendants,

knowingly, intentionally, and unlawfully combined, conspired, confederated and agreed with others known and unknown, to possess with the intent to distribute a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 846.

### QUANTITY OF COCAINE INVOLVED IN THE CONSPIRACY

With respect to defendants                                            , and

 their conduct as members of the cocaine conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count One, involved 5 kilograms or more of a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii)(II).

With respect to defendants

their conduct as members of the cocaine conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count One, involved more than 500 grams of a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

## COUNT TWO
[21 U.S.C. § 841(a)(1) and 846]

Beginning on or about March 1, 2019, and continuing to on or about June 1, 2021, in the Western District of Texas, Defendants,

RICARDO MAURICIO BARRERA A/K/A "MOCHOMO" (20),

knowingly, intentionally, and unlawfully combined, conspired, confederated and agreed with others known and unknown, to possess with the intent to distribute a mixture or substance containing a detectable amount of Heroin, a Schedule I Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 846.

### QUANTITY OF HEROIN INVOLVED IN THE CONSPIRACY

With respect to defendants

RICARDO MAURICIO BARRERA A/K/A "MOCHOMO", their

conduct as members of the heroin conspiracy charged in Count Two, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count Two, involved 1 kilogram of more of a mixture or substance containing a detectable amount of Heroin, a Schedule I Controlled Substance, contrary to Title 21, United States Code, Sections 841(b)(1)(A).

With respect to defendants

their conduct as members of the heroin conspiracy charged in Count Two, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count Two, involved more than 100 grams of a mixture or substance containing a detectable amount of Heroin, a Schedule I Controlled Substance, contrary to Title 21, United States Code, Sections 841(b)(1)(B).

## COUNT THREE
[21 U.S.C. § 841(a)(1) & (b)(1)(B)]

On or about April 12, 2019, in the Western District of Texas, Defendants,

did knowingly, intentionally, and unlawfully distributed a controlled substance, which offense involved 100 grams or more of a mixture or substance containing a detectable amount of Heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(B).

## COUNT FOUR
[21 U.S.C. § 841(a)(1) & (b)(1)(C)]

On or about April 14, 2019, in the Western District of Texas, Defendant,

did knowingly, intentionally, and unlawfully distributed a controlled substance, which offense

involved a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C).

## COUNT FIVE
[21 U.S.C. § 841(a)(1) & (b)(1)(C)]

On or about May 29, 2019, in the Western District of Texas, Defendant,

did knowingly, intentionally, and unlawfully distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C).

## COUNT SIX
[21 U.S.C. § 841(a)(1) & (b)(1)(C)]

On or about July 10, 2019, in the Western District of Texas, Defendant,

did knowingly, intentionally, and unlawfully distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C).

## COUNT SEVEN
[21 U.S.C. § 841(a)(1) & (b)(1)(C)]

On or about August 16, 2019, in the Western District of Texas, Defendant,

did knowingly, intentionally, and unlawfully distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C).

## COUNT EIGHT
[21 U.S.C. § 841(a)(1) & (b)(1)(C)]

On or about November 13, 2019, in the Western District of Texas, Defendant,

did knowingly, intentionally, and unlawfully distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C).

## COUNT NINE
[21 U.S.C. § 841(a)(1) & (b)(1)(C)]

On or about December 4, 2019, in the Western District of Texas, Defendants,

did knowingly, intentionally, and unlawfully distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C).

## COUNT TEN
[21 U.S.C. § 841(a)(1) & (b)(1)(C)]

On or about April 13, 2020, in the Western District of Texas, Defendants,

did knowingly, intentionally, and unlawfully possess with intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C).

## COUNT ELEVEN
[21 U.S.C. § 841(a)(1) & (b)(1)(B)]

On or about August 26, 2020, in the Western District of Texas, Defendants,

RICARDO MAURICIO BARRERA A/K/A "MOCHOMO" (20),

did knowingly, intentionally, and unlawfully possess with the intent to distribute a controlled substance, which offense involved 100 grams or more of a mixture or substance containing a detectable amount of Heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(B).

A TRUE BILL.

ASHLEY C. HOFF
United States Attorney

By: _____ FOR
STEPHEN KAM
Assistant United States Attorney

AO 442   (Rev. 10/03) Warrant for Arrest   (Rev. 9/05 WDTX)

# UNITED STATES DISTRICT COURT

**Western** District of **Texas**

UNITED STATES OF AMERICA

v.

RICARDO MAURICIO BARRERA
A/K/A "MOCHOMO"

**SEALED COPY**

**WARRANT FOR ARREST**

Case Number: DR-21-CR-00900 (20)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **RICARDO MAURICIO BARRERA A/K/A "MOCHOMO"**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

COUNT TWO: 21 U.S.C. § 841(a)(1) AND 846, Conspiracy to Possess with Intent to Distribute Heroin;
COUNT ELEVEN 21 U.S.C. § 841(a)(1) and (b)(1)(B), Possession with Intent to Distribute Heroin

A true copy of the original, I certify.
Clerk, U.S. District Court
By _____
Deputy Clerk

U.S. MARSHALS SERVICE
RECEIVED
JUN 10 2021
DEL RIO, TX

in violation of Title(s) _____   United States Code, Section(s)   **Please see attached Indictment**

T. Barrientez
Name of Issuing Officer

U.S. Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

6/9/2021                     Del Rio, TX
Date and Location

DATE ISSUED:   6/9/2021

Bail fixed at $   **Detain**   by   **U.S. Magistrate Judge Collis White**
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**U.S. Department of Justice**
*United States Attorney*

**FILED**
June 09, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____TB_____
DEPUTY

**United States District Court**
Western District of Texas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § § § | | |
| v. § § § | Cause No. | **DR-21-CR-00900-AM** |
| RICARDO MAURICIO BARRERA A/K/A § "MOCHOMO" (20) § | | |

## ORDER FOR BENCH WARRANT

It appearing to the Court than an indictment has been returned against the below named defendant, it is hereby ORDERED that a warrant be issued for the arrest of said defendant, returnable instanter to the Del Rio Division of this Court.

<u>Defendant</u>
RICARDO MAURICIO BARRERA
A/K/A "MOCHOMO" (20)

<u>Recommended Amount of Bail</u>
DETAINED WITHOUT BOND

*Bond to be set at time defendant(s) has initial appearance before a judicial officer and after interview by an officer assigned to the Pretrial Services Office, provided if defendant is arrested outside the Del Rio Division of the Western District of Texas, it is recommended that defendant be detained.

ENTERED at Del Rio, Texas, this 9th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

A true copy of the original, I certify.
Clerk, U.S. District Court
By _____
Deputy Clerk